

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Fredrick Eugene Williams, Appellant

No. 06-18-00185-CR        v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 47,613-B).  Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's nunc pro tunc judgment of conviction to reflect that the judgment of conviction is in the 124th Judicial District Court.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Fredrick Eugene Williams, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 10, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk